UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD TEEL CHARLTON,

      Petitioner,                              Case no. 06-11634
                                                HON. JOHN CORBETT O'MEARA

v.

THOMAS K. BELL,

      Respondent,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      The court having reviewed the report and recommendation filed on June 12, 2008, by Magistrate Judge Paul J. Komives, as well as petitioner's objections, filed June 25, 2008, and being fully advised in the premises;

      IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted as the findings and conclusions of this court, and that petitioner's petition for writ of habeas corpus is DENIED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: July 03, 2008

<u>Certificate of Service</u>

  I hereby certify that the foregoing order was served upon the parties of record on July 03, 2008, electronically and/or by U.S. mail.

                <u>s/William Barkholz</u>
                Case Manager